# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 23, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145816(62)(64)(67)

JOHN TER BEEK,

      Plaintiff-Appellee,            SC: 145816
                                        COA: 306240

v                                             Kent CC: 10-011515-CZ

CITY OF WYOMING,

      Defendant-Appellant.
_____/

On order of the Chief Justice, the motions for leave to file amicus curiae briefs by (1) the Public Corporation Law Section of the State Bar of Michigan, (2) the Michigan Municipal League, and (3) the Cato Institute, Drug Policy Alliance, and Law Enforcement Against Prohibition are GRANTED. The amicus curiae briefs received from those entities are accepted for filing.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

          August 23, 2013

                                             Clerk